KENNEDY v. HAWLEY

No. 20PA98

Case below: 128 N.C.App. 312

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 March 1998.

LLOYD v. JONES

No. 539P97

Case below: 127 N.C.App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

N.C. FARM BUREAU MUT. INS. CO. v. BRILEY

No. 533P97

Case below: 347 N.C. 577
　　　　　　　127 N.C.App. 442

Petition by plaintiff to rehear petition for discretionary review pursuant to Rule 31 dismissed 24 February 1998.

NEWS AND OBSERVER PUBLISHING CO. v. COBLE

No. 53PA98

Case below: 128 N.C.App. 307

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 March 1998.